IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | |
|---|---|
| ARTURO SALCEDO ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 6:20-cv-03285-BP |
| ) | |
| ERIE CONSTRUCTION MID-WEST, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

COMES NOW Plaintiff Arturo Salcedo, by and through counsel, and Defendant Erie Construction Mid-West, Inc., by and through counsel, and hereby stipulate and agree that the claims of Plaintiff Arturo Salcedo in Plaintiff's Complaint are hereby dismissed with prejudice as to Defendant Erie Construction Mid-West, Inc., with each party to bear their own respective attorneys' fees and costs.

**AGREED TO AND RESPECTFULLY SUBMITTED,**

                                                        **HALL ANSLEY, P.C.**

                                                        By: /s/ *Timothy A. Ricker*
                                                        Timothy A. Ricker
                                                        Missouri Bar No. 62050
                                                        Adam P. Pihana
                                                        Missouri Bar No. 59540
                                                        Hall Ansley, P.C.
                                                        3275 E. Ridgeview
                                                        Springfield, MO 65804
                                                        P: 890-8700
                                                        F: 890-8855
                                                        tricker@hallansley.com
                                                        apihana@hallansley.com

**ELLIS, ELLIS, HAMMONS & JOHNSON, P.C.**

By*/s/ Todd A. Johnson*_____
   Todd A. Johnson
   Missouri Bar No. 38363
   Ryan Olson
   Missouri Bar No. 66125
   2808 S. Ingram Mill Rd
   Springfield, MO 65804
   (417) 866-5091
   (417) 866-1064   facsimile
   tjohnson@eehjfirm.com   email
   rolson@eehjfirm.com
   Attorneys for Defendant